IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR357 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **O R D E R** |
| -vs- | ) |  |
|  | ) |  |
| Jorge Rodriguez-Moreno, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Travis J. Penn, as a Criminal Justice Act Training Panel Member, to assist in the defense of Jorge Rodriguez-Moreno.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Travis J. Penn is hereby assigned to assist AFPD Jeffrey L. Thomas in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Travis J. Penn shall not be eligible to receive compensation for his services in this case.

AFPD Jeffrey L. Thomas shall continue to be primary counsel on behalf of the Defendant, Jorge Rodriguez-Moreno.

Dated:  December 18, 2015

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge